**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, )
)
    Petitioner, )
)
v. )     Case No. 4:10MC714JCH
)
MARK R. REITER, )
)
    Respondent. )

This matter is before the Court on the Court's Orders dated November 24, 2010, and February 25, 2011. Petitioner Unites States of America has made multiple attempts to enforce the Internal Service summons issued to Respondent on September 21, 2010, and personally served on September 22, 2010. The United States filed a petition to enforce the Summons on November 23, 2010, and on that same date the Court ordered Mr. Reiter to appear in this Court on December 10, 2010, to show cause why he should not be compelled to obey the summons. That Order was personlly served on December 10, 2010. Mr. Reiter failed to file an answer to the allegations set forth in the Petition. Mr. Reiter appeared in Court on December 10, 2010, and advised the Court that he was willing and able to supply the documents requested but needed additional time to do so. He agreed to meet with Revenue Officer Townes. The show cause hearing was reset for February 11, 2011. Although counsel for the Petitioner and Revenue Officer Townes were again present in Court, Mr. Reiter was not. The show cause hearing was again rescheduled for March 11, 2011. Mr. Reiter again did not appear, although he was served with notice of the hearing date.

Mr. Reiter has failed to appear at the February 11, 2011, and March 11, 2011 hearing dates. Revenue Officer Townes has advised the Court that Mr. Reiter has made no contact with her, nor

1

has he supplied the documents requested in the Administrative Summons attached to Petitioner's Petition.

IT IS ORDERED THAT a warrant shall be issued by the United States Marshals Service to arrest Respondent and Mark R. Reiter and require him to appear before the undersigned, in Courtroom No. 14 South, of the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102 to show cause why he should not be compelled to obey the summons.


SO ORDERED:

_Jean C. Hamilton_
HONORABLE JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2011